**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 97-7537**

———————

EDWARD WAYNE MAY,

                              Plaintiff - Appellant,

     versus

E. MONTGOMERY TUCKER,

                              Defendant - Appellee.

———————

Appeal from the United States District Court for the Eastern District of Virginia, at Alexandria. Leonie M. Brinkema, District Judge. (CA-97-1443-AM)

———————

Submitted: June 18, 1998          Decided: July 2, 1998

———————

Before MURNAGHAN and WILKINS, Circuit Judges, and PHILLIPS, Senior Circuit Judge.

———————

Affirmed by unpublished per curiam opinion.

———————

Edward Wayne May, Appellant Pro Se.

———————

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Appellant appeals the district court's order dismissing without prejudice his civil action purportedly filed under 42 U.S.C. § 1983 (1994). We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. <u>May v. Tucker</u>, No. CA-97-1443-AM (E.D. Va. Oct. 7, 1997). Insofar as the district court properly construed this action as a request for habeas relief under 28 U.S.C.A. § 2254 (West 1994 & Supp. 1998), we note that we would deny a certificate of appealability. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>

2